B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Wilson, Dawana Catherine | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-2849 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>4908 W. Huron St.<br>Chicago, IL<br>ZIP Code  60644 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
■ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

☐ Full Filing Fee attached

■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Wilson, Dawana Catherine |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Sarah M. Baum ARDC #          October 26, 2009 <br> Signature of Attorney for Debtor(s)          (Date) <br> Sarah M. Baum ARDC # 6295857 |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Wilson, Dawana Catherine |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Dawana Catherine Wilson
Signature of Debtor  Dawana Catherine Wilson

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

October 26, 2009
Date

### Signature of Attorney*

**X** /s/ Sarah M. Baum ARDC #
Signature of Attorney for Debtor(s)

Sarah M. Baum ARDC # 6295857
Printed Name of Attorney for Debtor(s)

Legal Assistance Foundation
Firm Name
3333 W. Arthington, Suite 151
Chicago, IL 60624

_____
Address

                    Email: sbaum@lafchicago.org
773-321-7914  Fax: 312-612-1514
Telephone Number

October 26, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Dawana Catherine Wilson                                 Case No. _____

                                       Debtor(s)            Chapter     13 _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

   ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ Dawana Catherine Wilson
                 Dawana Catherine Wilson

Date:   October 26, 2009

Aronld Scott Harris, P.C.
Acct No xxxx9073
Attorney At Law
222 Merchandise Mart Plaza #1900
Chicago, IL 60605


Arrow Financial Services
Acct No xxxx7828
5996 W. Touhy Ave.
Niles, IL 60714-4610


Asset Acceptance LLC
Acct No xxxx6033
PO Box 2036
Warren, MI 48090-2036


Asset Acceptance, LLC
Acct No xxxx4820
P.O. Box 2036
Warren, MI 48090-2036


AT&T
Acct No xxxx6033
Attn: Bankruptcy
P.O. Box 769
Arlington, TX 76004-0769


AT&T
Acct No xxxx4820
Attn: Bankruptcy
P.O. Box 769
Arlington, TX 76004-0769


AT&T
Acct No xxxx0034
Attn: Bankruptcy
P.O. Box 769
Arlington, TX 76004-0769


AT&T
Acct No xxx xxx-xxxx-449 3
Attn: Bankruptcy
P.O. Box 769
Arlington, TX 76004-0769

```
Bank of America
Acct No xxxx-xxxx-xxxx-5130
4060 Ogletown Stanton Rd
Mail Code DE5-019-03-07
Newark, DE 19713


Bank of America
Acct No xxxx-xxxx-xxxx-5130
P.O. Box 17054
Wilmington, DE 19850


BMG/Columbia House
Acct No xxxx1897
Penn Credit Corporation
POB 988
Harrisburg, PA 17108-0988


Bureau of Accounts Contr
Acct No xxxxxxxx8507
PO Box 538
Howell, NJ 07731


C T Corporation System
Acct No xxxx6033
agent for
208 S. LaSalle
Chicago, IL 60604


C T Corporation System
Acct No xxxx4820
agent for
208 S. LaSalle
Chicago, IL 60604


C T Corporation System
Acct No xxxx0034
agent for
208 S. LaSalle
Chicago, IL 60604


C T Corporation System
Acct No xxx xxx-xxxx-449 3
agent for
208 S. LaSalle
Chicago, IL 60604
```

```
Cavalry Portfolio Services, LLC
Acct No xxxx0933
POB 27288
Tempe, AZ 85285-7288


Chicago Housing Authority
Acct No xxxx-Mx-xx7144
60 E. Van Buren 12th floor
Chicago, IL 60605


Chicago Housing Authority
Acct No xxxx-Mx-xx7144
Office of General Counsel
60 E. Van Buren St., 12th Floor
Chicago, IL 60605


Chicago Housing Authority
Acct No xxxx-Mx-xx7144
Sajid Baig
60 E. Van Buren St., 12th Floor
Chicago, IL 60605


Chicago Housing Authority
Acct No xx7509
Office of General Counsel
60 E. Van Buren St., 12th Floor
Chicago, IL 60605


Chicago Housing Authority
Acct No xx7509
Sajid Baig
60 E. Van Buren St., 12th Floor
Chicago, IL 60605


Chicago Housing Authority
60 E. Van Buren
Chicago, IL 60605


Citizens Bank
Acct No xxxx6864
480 Jefferson Blvd Mall
Stop RJE 135
Warwick, RI 02886
```

City of Chicago
Acct No xxxx8004
Department of Revenue-EMS
POB 805030
Chicago, IL 60680


City of Chicago - Parking Tickets
Acct No xxxx9073
Department of Revenue- Bankruptcy
121 N LaSalle Street, Room 107A
Chicago, IL 60602


City of Chicago EMS
Acct No xxxx8004
33589 Treasury Ctr
Chicago, IL 60694-3500


Comcast
Acct No xxxxxxxxxxxx1019
P.O. Box 3001
Attn Bankruptcy
Southeastern, PA 19398-3002


Commonwealth Edison
Acct No xx5510
System Credit/ Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL 60523-1559


Commonwealth Edison
Acct No xx5510
c/o Veronica Gomez, Reg'd Agent
10 S. Dearborn Street, 49th Floor
Chicago, IL 60603


Credit Protection Association
Acct No xxxxxxxxxxxx1019
13355 Noel Road, Suite 2100
Dallas, TX 75240


DIRECTV
Acct No xxx-xxx-0515
Customer Service Attn: Bankruptcy
PO Box 6550
Greenwood Village, CO 80155-6550

ER Solutions
Acct No xxxxx7194
800 SW 39th Street
Renton, WA 98057


First Premier Bank
Acct No xxxx7828
3820 N Louise Ave
Sioux Falls, SD 57107-0145


First Premier Bank
Acct No xxxx7828
601 S Minnesota Ave
Sioux Falls, SD 57104


Gemma Dixon
222 N. LaSalle
Chicago, IL 60601


IL Designated
Acct No xxxx6199
1755 Lake Cook Rd
Deerfield, IL 60015


IL Designated
Acct No xxxx6299
1755 Lake Cook Rd
Deerfield, IL 60015


IL Designated Acct Pur
Acct No xxxx6199
PO Box 707
Deerfield, IL 60015-0707


IL Designated Acct Pur
Acct No xxxx6299
PO Box 707
Deerfield, IL 60015-0707


Jutla, Sanjay S.
Acct No xxxx6033
Attorney for Asset Acceptance
55 E Jackson, 16th Floor
Chicago, IL 60604

```
K Mart
Acct No xxx6435
c/o Americas Recovery Network
POB 176610
Covington, KY 41017-6610


Mid America Bank
Acct No xxxxxxxx1670
c/o Dependon Collection Serv
PO Box 4833
Oak Brook, IL 60522


National Recovery Agency
Acct No xxxx1897
2491 Paxton St
Harrisburg, PA 17111


NCO FIN/22
Acct No xxxx6864
507 Prudential Road
Horsham, PA 19044


NCO FIN/22
Acct No xxxx0034
507 Prudential Road
Horsham, PA 19044


NCO Financial
Acct No xxxx6864
PO Box 41448
Philadelphia, PA 19101


NCO Financial
Acct No xxxx0034
PO Box 41448
Philadelphia, PA 19101


Peoples Energy
Acct No xxxxxxxxx0519
Special Projects (Bankruptcy)
130 East Randolph Street
Chicago, IL 60601-6207
```

Peoples Energy
Acct No xxxxxxxxx1757
Special Projects (Bankruptcy)
130 East Randolph Street
Chicago, IL 60601-6207


Peoples Energy Corporation
Acct No xxxxxxxxx0519
c/o Timothy P Walsh Reg'd Agent
130 E. Randolph St
Chicago, IL 60601


Peoples Energy Corporation
Acct No xxxxxxxxx1757
c/o Timothy P Walsh Reg'd Agent
130 E. Randolph St
Chicago, IL 60601


Quadel
Acct No xx7509
60 E. Van Buren, 9th Floor
Chicago, IL 60605-1241


RCN/14 Chicago
Acct No xxxx1793
Corporate Collections
23550 Commerce Park Dr Ste 5000
Beachwood, OH 44122


Rodney Burnett
Acct No xxxx8004
4908 W Huron St
Chicago, IL 60644-1333


Silversand Growing Family
Acct No xxxxxxxx8507
c/o Bureau of Accounts Contr
3601 Route 9 North
Howell, NJ 07731


Sprint PCS
Acct No xxxx0933
c/o Cavalry Portfolio Services
7 Skyline Dr 3rd Floor
Hawthorne, NY 10532

Torres Credit Services
Acct No xx5510
27 Fairview St Ste 301
Carlisle, PA 17013


US Attorney for the ND of IL
Acct No xxxx6199
Re Department of Education
219 S. Dearborn St, 5th floor
Chicago, IL 60604


US Attorney for the ND of IL
Acct No xxxx6299
Re Department of Education
219 S. Dearborn St, 5th floor
Chicago, IL 60604


US Cellular
Acct No xxxxx7194
attn: Write Off Department
P.O. Box 7835
Madison, WI 53707-7835


US Dept of Education
Acct No xxxx6199
c/o the Secretary of Education
501 Bleecher St.
Utica, NY 13501


US Dept of Education
Acct No xxxx6299
c/o the Secretary of Education
501 Bleecher St
Utica, NY 13501


WOW Internet and Cable Service
Acct No xxxx1176
17070 Dallas Parkway
Dallas, TX 75248-1950


Wow Internet and Cable Service
Acct No xxxx1176
Credit Management LP
4200 International Pkwy
Carrollton, TX 75007-1912